```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
ERIN HIGHLAND (GA Bar No. 153550)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2495
Erin.highland@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CELESTEAMELIA SAMPANG HERNANDEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 3:25-cv-05715-SK<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR; ORDER AND JUDGMENT |

      IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct the Administrative Law Judge to:

- Give further consideration to the medical source opinions pursuant to the provisions of 20 C.F.R. §§ 404.1520c, 416.920c. As appropriate, the Administrative Law Judge may request

- the medical source(s) provide additional evidence and/or further clarification of the opinion(s). 20 C.F.R. §§ 404.1520b, 416.920b.
- Offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: September 5, 2025          By: */s/ Marianne Armenta*
                                  MARIANNE ARMENTA
                                  (as authorized by email)
                                  Attorneys for Plaintiff


Dated: September 5, 2025          CRAIG H. MISSAKIAN
                                  United States Attorney

                            By:   /s/ *Erin Highland*
                                  ERIN HIGHLAND
                                  Special Assistant U.S. Attorney
                                  Office of Program Litigation, Office 7
                                  Attorneys for Defendant


In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

### ORDER AND JUDGMENT

Good cause appearing, the Court HEREBY GRANTS the stipulation of the parties and ORDERS that this action be REMANDED to the Social Security Administration for further administrative proceedings.  This Order shall constitute a judgment against Defendant and in favor of Plaintiff reversing the final decision of the Commissioner.  The Commissioner of Social Security shall assume

Stip. to Remand, [3:25-cv-05715-SK]                2

jurisdiction to conduct further administrative proceedings.  This constitutes a final judgment under Federal Rule of Civil Procedure 58.  The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

DATE: September 5, 2025

_____
THE HONORABLE SALLIE KIM
United States Magistrate Judge

Stip. to Remand, [3:25-cv-05715-SK]                  3